CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490 Fax:(888) 856-3894

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| SEONG KIM,<br><br>              Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | Case No. |

## COMPLAINT FOR MEDICAL NEGLIGENCE

(Dated April 23, 2012)

### I.

### INTRODUCTION

Plaintiff, SEONG KIM, by his attorney Mark Choate, makes the following Complaint for losses and harms suffered as a result of having been needlessly endangered by Defendant's employees and representatives as a result of their failure to timely diagnose, treat and prescribe steroids or other medication for Sudden Sensorineural Hearing Loss (SSHL).

### II.

### VENUE AND JURISDICTION

1. The allegations in this Complaint arise from medical care and treatment provided to plaintiff, SEONG KIM while a patient under the care of the UNITED STATES OF AMERICA'S DEPARTMENT OF VETERAN'S AFFAIRS. Seong was treated at the Veteran Administration's Juneau Clinic's physicians and medical personnel between December 21, 2010 and August 4, 2011. Venue is proper in Juneau, Alaska pursuant to 28 U.S.C. § 81A.

2. At all times mentioned herein Plaintiff, SEONG KIM (KIM) was and is a resident of Juneau, Alaska in the First Judicial District.

3. Defendant, UNITED STATES OF AMERICA'S DEPARTMENT OF VETERAN'S AFFAIRS, (hereinafter VA) operates a medical clinic for veteran's in Juneau, Alaska.

4. This Court has jurisdiction over the parties and subject matter of this proceeding pursuant to 28 U.S.C. §1332. The amount in controversy is in excess of $75,000 exclusive of interests and costs.

5. All jurisdictional prerequisites to bringing this action have been satisfied in accordance with the Federal Tort Claims Act §2675(a). On June 7, 2012, Plaintiff filed Standard Form 95, Claim for Damage, Injury or Death with the United States Department of Veteran's Administration. That claim was denied on November 30, 2012.

## III
### FIRST CAUSE OF ACTION
### Negligence

6. Plaintiff reincorporates the allegations from paragraphs 1-5 above as if fully set forth herein.

7. The VA has a statutory and constitutional obligation to provide its veterans, including KIM, with necessary medical care.

8. The VA provides veterans medical care through its own employees and designated contractors.

9. On December 21, 2010, KIM first complained to the VA Clinic in Juneau, Alaska of unilateral hearing loss.

10. Despite repeated and consistent complaints of hearing loss on December 22, 2010, January 4, 2011, January 6, 2011, January 13, 2011, April 8, 2011 and August 4, 2011 the VA failed to properly diagnose, test, treat with steroids and other appropriate medication.

11. During the above-described period, and despite the presence of obvious and overwhelming symptoms and circumstances, the VA health care providers negligently failed to exercise the proper degree of knowledge and skill in the examination, diagnoses, treatment and care provided to SEONG KIM such that he sustained a permanent loss of hearing in his right ear.

12. As a direct and legal result of the negligence of defendant VA, plaintiff SEONG KIM suffered a complete and permanent loss of hearing in his right ear that could have been prevented with proper medical care and treatment.

*Kim v. United States of America*
COMPLAINT FOR MEDICAL NEGLIGENCE
Page 2 of 4

13. As a further direct and legal result of said negligence and carelessness of the defendant VA, Plaintiff SEONG KIM has suffered harms and losses including the loss of hearing in his right ear, pain, suffering, and permanent disability. His losses and harms are in excess of $75,000.00, the exact amount to be demonstrated at time of trial.

14. The negligence of the VA was a substantial factor in causing plaintiff to be disabled and who may be disabled in the future and thereby be prevented from attending to the duties of his usual occupation. KIM has lost earning capacity and may continue to lose earning capacity in the future, all in amounts presently unknown to him.

## IV
## SECOND CAUSE OF ACTION
### Negligent Infliction of Emotional Distress

15. Plaintiff reincorporates paragraphs 1-14 above as if fully set forth herein.

16. At all times relevant herein, defendant VA through its physicians and medical personnel, negligently subjected plaintiff to conduct, acts and omissions as set forth herein which caused plaintiff to suffer severe emotional distress and mental anguish.

17. At all times relevant herein, plaintiff was aware he was being denied the necessary care and treatment to address his complaints of sudden hearing loss, which subjected him to severe emotional distress and mental anguish.

18. At all times mentioned herein, defendants, and each of them, negligently subjected Plaintiff, SEONG KIM to conduct, acts and omissions as set forth herein which caused Plaintiff SEONG KIM to suffer emotional distress, humiliation and mental anguish.

19. As a direct and legal result of the conduct, acts and omissions of defendants, and each of them, as alleged herein, SEONG KIM sustained severe emotional shock to his nervous system and person, all to his general and specific damages according to proof at time of trial.

## V
## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that judgment enter against defendant VA, as follows:

A. General damages in an amount that will conform to proof at time of trial;

B. Special medical and incidental damages in an amount within the jurisdictional limits of this Court and according to proof;

C. Loss of earnings and future loss of earning capacity according to proof;

D. Prejudgment and post-judgment interest as provided by law;

E. Attorneys fees and costs as provided by law; and,

F. Such other and further relief at this Court deems proper.

DATED: Tuesday, April 23, 2013, at Juneau, Alaska.

          CHOATE LAW FIRM LLC
          Attorneys for Plaintiff

By: /s/ Mark Clayton Choate
     Mark Clayton Choate, Esq., AK #8011070
     424 N. Franklin Street
     Juneau, AK 99801
     Telephone: (907) 586-4490
     Facsmile: (888) 856-3894
     Email: lawyers@choatelawfirm.com