KAREN L. LOEFFLER
United States Attorney

SUSAN J. LINDQUIST
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: Susan.Lindquist@usdoj.gov
FL Bar 171439

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SEONG KIM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 1:13-cv-00004-TMB<br><br>**NOTICE OF SETTLEMENT** |

The parties have settled this case and will file a notice of dismissal or a status report on or before September 30, 2014.

RESPECTFULLY SUBMITTED, on July 15, 2014, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Susan J. Lindquist
Assistant U. S. Attorney
Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2014,
a copy of the foregoing
**NOTICE OF SETTLEMENT**
was served electronically on:

Mark Choate

s/ Susan Lindquist

*Seong Kim v. United States*
Case No. 1:13-cv-00004-TMB 2