KAREN L. LOEFFLER
United States Attorney

SUSAN J. LINDQUIST
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Susan.Lindquist@usdoj.gov
CA Bar 171439

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SEONG KIM, | ) | Case No. 1:13-cv-00004-TMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR** |
| vs. | ) | **DISMISSAL** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The parties, through counsel, notify the Court that this case has settled, settlement funds have been paid, and that they stipulate to a dismissal with prejudice, each party to bear their own attorney fees and costs.

RESPECTFULLY SUBMITTED on August 26, 2014, at Anchorage, Alaska.

    KAREN L. LOEFFLER
    United States Attorney

    s/Susan J. Lindquist
    SUSAN J. LINDQUIST
    Assistant U. S. Attorney


    Choate Law Firm, LLC

    s/Mark Choate (consent)
    424 North Franklin Street
    Juneau, AK 99801
    (907) 586-4490
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2014,
a copy of the foregoing **Stipulation for Dismissal**
was served electronically on:

Mark Choate, Esq.

s/ Susan Lindquist
Office of the U.S. Attorney

*Seong Kim v. United States*
Case No. 1:13-cv-00004-TMB       2