IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SEONG KIM, | ) | Case No. 1:13-cv-00004-TMB |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **STIPULATION FOR** |
| vs. | ) | **DISMISSAL** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Parties' Stipulation for Dismissal is GRANTED.

This matter is dismissed with prejudice, each party to bear its own costs and attorney fees.

Date: __August 26, 2014__          __s/TIMOTHY M. BURGESS__
                                  TIMOTHY M. BURGESS
                                  U.S. DISTRICT COURT JUDGE